# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**TINA M. COSH and LESTER A. COSH,**

                            Plaintiffs,

            -against-                                    18 **CIVIL** 8335 (ALC)

##                                                                 JUDGMENT

**ATRIUM MEDICAL CORPORATION,**

                            Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2021, the Court hereby GRANTS Defendant Atrium's Motion to Dismiss. This case is hereby DISMISSED in its entirety; accordingly, this case is closed.

Dated: New York, New York

       March 29, 2021

                                                                 **RUBY J. KRAJICK**

                                                                     Clerk of Court

                                                  BY: _____

                                                                      **Deputy Clerk**